UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61206-CIV-DIMITROULEAS/ROSENBAUM

ROSE M. SCHMIDT,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

**AMENDED ORDER SETTING HEARING**

This matter comes before the Court upon Plaintiff's Motion for Summary Judgment [D.E. 13], Defendant's Motion for Summary Judgment [D.E. 16], and Plaintiff's Response to Defendant's Motion for Summary Judgment [D.E. 20]. Upon reviewing the Motions and considering the record in this case, it is hereby **ORDERED and ADJUDGED** that **ORAL ARGUMENT** on the Motions for Summary Judgment [D.E. 13, 16] shall be held on **Monday, November 24, 2008, at 10:00 a.m.,** at the U.S. Courthouse, 299 East Broward Boulevard, Courtroom 310, Fort Lauderdale, Florida. Defendant shall have present (in person or by telephone) a representative of the Social Security Administration's Regional Counsel's Office. **Counsel shall be prepared to address** whether *Betancourt v. Sullivan*, 1990 WL 124502 (9th Cir. 1990),[1] should have any application to the instant matter. Specifically, the Court is interested in how the ALJ determined that Claimant's work as a Publix office cashier constituted work as a "Cashier I" under the *Dictionary of Occupational Titles*,

---

[1] The Court recognizes this is an unpublished decision.

as opposed to a "Cashier II" or any other title. Along the same lines, the Court is interested in whether the ALJ rejected any aspect of Claimant's description of her work as a Publix office cashier, and, if so, where that determination can be found in the decision.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 14th day of November, 2008.

_____
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:  Honorable William P. Dimitrouleas
     Rachel Entman, AUSA
     Lilli W. Marder, Esq.